**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1903**

_____

LARENE HINTON; THE  JAMES ROGER ELLIOTT'S HEIRS,

Plaintiffs - Appellants,

v.

RENEE WHITTENTON, Clerk of Superior Court, in her official capacity; SANDRA BROADWELL PAYE, Assistant Clerk of Superior Court, in her official capacity; CHRISTOPHER CARR, Attorney, in his official capacity; ALFREDIA WATERS, in her individual capacity; DERICK WATERS, in his individual capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00098-BO-BM)

_____

Submitted:  January 23, 2025                          Decided:  January 27, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larene Hinton, James Roger Elliott's Heirs, Appellants Pro Se.  Elisa Cyre Salmon, SALMON LAW FIRM, LLP, Lillington, North Carolina, for Appellees Alfredia Waters, and Derick Waters.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larene Hinton appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on Hinton's 42 U.S.C. § 1983 complaint and denying reconsideration.   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.   *Hinton v. Whittenton*, No. 5:23-cv-00098-BO-BM (E.D.N.C. Mar. 22 & Aug. 30, 2024).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*